No. 681    September 25, 2024    245

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MATHEW ALLAN THORNE,
*Defendant-Appellant.*

Lane County Circuit Court
23CR02509; A182009

Stephen W. Morgan, Judge.

Submitted August 9, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sarah De La Cruz, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for defendant.

Before Lagesen, Chief Judge and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant appeals a judgment of conviction entered after guilty pleas. Defendant pleaded guilty to sexual abuse in the first degree, ORS 163.427; three counts of sodomy in the second degree, ORS 163.395; unlawful sexual penetration in the second degree, ORS 163.408; and three counts of using a child in display of sexually explicit conduct, ORS 163.670. The parties jointly recommended a sentence of 300 months in prison, credit for time served, no eligibility for early release, and 45 months of post-prison supervision. The trial court imposed that sentence. We affirm.[1]

Defendant's appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). Having reviewed the record, including the trial court file and the transcript of the hearings, and having reviewed the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).